# United States District Court
# Eastern District of Michigan
# Southern Division

SCOTT REYST,

        Plaintiff,

                                              Case No. 06-15468

-v-                                             Hon. Marianne O. Battani

ERIC LANIS,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND
## GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff filed suit claiming Defendant Eric Lanis violated his Eighth Amendment Rights in that Defendant was deliberately indifferent to Plaintiff's serious medical needs.

Pursuant to 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Steven D. Pepe for all pretrial proceedings. Magistrate Judge Pepe issued a Report and Recommendation, dated May 31, 2007, in which he recommended that the Defendant's Motion be granted.

The Court has reviewed the Report and Recommendation and finds the facts and law support the recommendation. In addition, notification was given to both parties that objections thereto had to be filed within ten (10) days of service of a copy, and none have been filed within the time frame allowed by 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d). Therefore, the Court **ADOPTS** the Report and Recommendation.

Accordingly, Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's complaint is **DISMISSED** in its entirety.

**IT IS SO ORDERED.**

                                                           s/Marianne O. Battani
                                                              MARIANNE O. BATTANI
                                                           UNITED STATES DISTRICT JUDGE

DATED: June 20, 2007

## CERTIFICATE OF SERVICE

A copy of this Opinion and Order was sent to Scott Reyst and counsel of record on this date by ordinary mail and/or electronic filing.

                                                               s/Bernadette M. Thebolt
                                                               Deputy Clerk